# MINUTES

CASE NUMBER:   CIVIL NO. 14-00387 LEK-WRP

CASE NAME:   Michael David Bruser et al., vs. Bank of Hawaii et al.,

ATTYS FOR PLA:   Yuriko J. Sugimura

ATTYS FOR DEFT:   Johnathan C. Bolton

ATTYS FOR INTERVENOR DEFTS:   Blake Bushnell
Jennifer tung
Joanna Zeigler
Adrienne S. Yoshihara
Simon Klevansky
Alika L. Piper
Kevin Herring

ATTY FOR RECEIVER:   David C. Farmer

JUDGE:   Leslie E. Kobayashi

REPORTER:   Debra Read

DATE:   4/14/2020

TIME:   11:00 AM - 11:20

COURT ACTION:  EP: Telephonic Status hearing regarding [301] MOTION for Instructions filed by Temporary Receiver, Steve K. Sombrero held.

All parties present telephonically.

Counsel, David C. Farmer addresses the Court regarding the issue of the deposit of the funds.

Court hears from the parties regarding their position.

Court Orders:  Receiver will deposit the funds into a flexible account that has some interest that is accrued, but is not required to deposit it in an interest-bearing account such as a Certificate of Deposit which requires a minimum time in which the money must remain in that account.

Submitted by: Agalelei Elkington, Courtroom Manager